UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE A. DEUSCHEL, | No. 2:20-cv-00661 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, et al., | |
| Defendants. | |

Plaintiff, who is appearing pro se, filed her complaint on March 27, 2020. ECF No. 1. On April 1, 2020, new civil case documents were issued setting the scheduling conference for this case on October 7, 2020, and specifying that 14 days prior to the status conference (September 23, 2020) the parties were required to file a joint status report addressing various scheduling matters. ECF No. 5 at 2. The deadline to file the joint status report has passed, and no report was filed.

Accordingly, the scheduling conference currently set for October 7, 2020 is VACATED to be re-set as necessary. The parties are ORDERED to submit a joint status report as described in the new civil case documents no later than October 8, 2020. The clerk of court is ORDERED to serve a copy of the new civil case documents (ECF No. 5) on plaintiff, along with a copy of this order.

1

Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." The court notes that failure to file a timely joint status report may result in dismissal of this case for failure to prosecute.

DATED: September 24, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE