UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE A. DEUSCHEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-00661 KJM AC PS<br><br><br><br>ORDER |

On December 21, 2020, defendant Hunt & Henriques filed a motion to dismiss for lack of jurisdiction to be heard on January 27, 2021.  ECF 21.  Plaintiff did not file an opposition or statement of non-opposition as required by the Local Rules of this court.  See L.R. 230(c).

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of January 27, 2021 is VACATED.  It is further ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: January 21, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE