UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE A. DEUSCHEL, | No. 2:20-cv-00661 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| PORTFOLIO RECOVERY ASSOCIATES LLC, et al., | |
| Defendants. | |

On April 22, 2021, defendant Portfolio Recovery Services LLC filed a motion to compel to be heard on May 19, 2021.  ECF 28.  Plaintiff did not file an opposition or statement of non-opposition.  The motion indicates that plaintiff has been fully absent from participation in the discovery process, despite defendant's attempts to meet and confer.  Given plaintiff's failure to respond to the motion and the allegation that plaintiff is not participating in discovery, the court is concerned that plaintiff has abandoned this case.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this

////

order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: May 13, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE