UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE A. DEUSCHEL, | No. 2:20-cv-0661 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| PORTFOLIO RECOVERY ASSOCIATES, LLC and HUNT & HENRIQUES, | |
| Defendants. | |

    Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On March 12, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 26. Defendant Hunter & Henriques has filed objections to the findings and recommendations. ECF No. 27.

    On April 22, 2021, defendant filed a motion to compel discovery responses. ECF No. 28. Plaintiff did not respond. The magistrate judge issued an order to show cause, ECF No. 30, and plaintiff has not responded. On June 2, 2021, the magistrate judge filed findings and recommendations to dismiss the case for lack of prosecution, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations

1

were to be filed within twenty-one days.  ECF No. 31.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 12, 2021, are adopted in full;
2. Defendant's motion to dismiss (ECF No. 21) is DENIED; and
3. The findings and recommendations filed June 2, 2021, are adopted in full.  This matter is dismissed.  The clerk is directed to close the case.

DATED:  September 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE